PROB 12B
(08/16)

September 9, 2019
pacts id: 875061

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Ricardo Mendoza (English)     **Dkt No.:** 14CR03057-009-WQH

**Name of Sentencing Judicial Officer:** The Honorable William Q. Hayes, U.S. District Judge

**Sentence:** 65 months in custody, 5 years of supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** March 16, 2016

**Date Supervised Release To Commence:** October 10, 2019

**Prior Violation History:** None.

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Reside in a residential re-entry center (RRC), for up to 60 days. Subsistence is waived.

PROB12B

| | |
|---|---|
| Name of Offender: Ricardo Mendoza | September 9, 2019 |
| Docket No.: 14CR03057-009-WQH | Page 2 |

## CAUSE

Mr. Mendoza has no support in San Diego and initially struggled to secure employment. The proposed modification will provide him with additional time in the RRC in which to establish saving and an independent residence. He agrees with the proposed modification, as evidenced by his signature on the Probation Form 49.

If Your Honor has any questions or concerns, please contact the undersigned.

Respectfully submitted
by
for    _____
Kathy Schwarte
U.S. Probation Officer
(619) 557-6124

Reviewed and approved
_____
Lisa Coen
Supervising U.S. Probation Officer

mcs

Attachments:

**THE COURT ORDERS:**

__✓__ The Modification of Conditions as Noted Above

____ Other _____

_____
The Honorable William Q. Hayes
U.S. District Judge

9/11/19
Date